## LOWE, executor, *vs.* WALLACE.

Where, on the hearing of a *certiorari*, it appeared from the record that the bond given by the applicant for the writ was never approved by any one, the *certiorari* was properly dismissed. *Hester vs. Keller*, (present term).
Judgment affirmed.

January 21, 1885.

BLANDFORD, Justice.

---

## GALLIHER *vs.* SMITH *et al.*

This court never interferes with the first grant of a new trial, where the evidence is conflicting; and the verdict in this case being decidedly and strongly against the weight of the evidence, a new trial was properly granted.
Judgment affirmed.

December 19, 1884.

HALL, Justice.

---

## JOHNAMSEN *vs.* TARVER, CASHIN & COMPANY.

Where the defendants in a bill in equity demurred thereto, and also filed an answer in the nature of a cross-bill against complainant, if the demurrer was sustained and the bill dismissed, it carried the cross-bill with it; and it was error in the court to dismiss the bill but retain the cross-bill for trial.
Judgment reversed.

December 2, 1884.

BLANDFORD, Justice.

---

## ADCOCK *et al. vs.* WATTS *et al.*

There was no abuse of discretion in refusing to grant an injunction in this case, the facts being in dispute.
Judgment affirmed.

January 21, 1885.

HALL, Justice.